FILED

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0241

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0241

_____

IN RE THE PARENTING OF:

S.D., and B.D.,

    Minor Children,

JENNIFER A. DUCHARME n/k/a, BRICK,

        Petitioner and Appellant,

    and

RICHARD B. DUCHARME,

        Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jennifer Brick, to all counsel of record, and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2022